**Dismissed and Memorandum Opinion filed June 1, 2023**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00001-CV

### FREDERICK GENE TAYLOR, Appellant

### V.

### GENEVA LOUISE TAYLOR, Appellee

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-273004**

## MEMORANDUM OPINION

This is an attempted appeal from an order of clarification signed December 2, 2022. *See* Tex. Fam. Code Ann. § 9.008. No post-judgment motion was filed. Appellant's notice of appeal was filed January 3, 2023. The notice of appeal must be filed within 30 days after the final order is signed when appellant has not filed a timely post-judgment motion. Appellant's notice of appeal was due on January 2, 2023. *See* Tex. R. App. P. 26.1; *see also Wallace v. Wallace*, No. 04-13-00014-CV,

2013 WL 1908398 (Tex. App.—San Antonio May 8, 2013, no pet.) (dismissal of untimely appeal from a clarification order).

Appellant's notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3. Appellant did not, however, file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

On April 18, 2023, we ordered appellant to file a proper motion to extend time to file the notice of appeal within 10 days or the appeal would be dismissed for want of jurisdiction. *See* Tex. R. App. P. 26.4; 10.5(b); 42.3(a).

Appellant filed no response. We dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.